1  **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2  Stephen E. Horan, SBN 125241
Kevin M. Kreutz, SBN 264654
3  350 University Ave., Suite 200
Sacramento, California 95825
4  Telephone: (916) 929-1481
Facsimile: (916) 927-3706
5
**OFFICE OF COUNTY COUNSEL**
6  **COUNTY OF BUTTE**
Bruce S. Alpert, SBN 75684
7  25 County Center Drive, Suite 210
Oroville, CA 95965-3380
8  Telephone:  (530) 538-7621
Facsimile:  (530) 538-6891
9
Attorneys for Defendants
10  THE COUNTY OF BUTTE

11  *Public Entity, Gov't Code section 6103*

12              IN THE UNITED STATES DISTRICT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14  CARL E. JOHNSON,                              CASE NO.  2:10-CV-02748-GEB-CKD

15          Plaintiff,                     **[PROPOSED] ORDER DISMISSING PLAINTIFF'S ACTION PURSUANT TO**
16  v.                                    **FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**
17  THE COUNTY OF BUTTE,

18          Defendant.                     Complaint filed:     October 11, 2010
                                    _____/   Trial Date:          June 18, 2013
19

20      **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21          On May 5, 2011, an amended statement noting Plaintiff's death was placed upon the record.

22  No party has moved for substitution of his legal representative in this action.  Accordingly,

23  Defendant respectfully requests the Court dismiss the action.  Weil v. Investment/Indicators,

24  Research and Management, Inc., 647 F.2d 18, 21 n.5 (9th Cir. 1981); Fed. R. Civ. P. 25(a)(1).

25          Accordingly, **IT IS SO ORDERED** that the civil action *Johnson v. County of Butte*, case

26  no. 2:10-cv-02748, is hereby dismissed.

27

28  _____
GARLAND E. BURRELL, JR.
United States District Judge

1

00929967.WPD